# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **Basia M.White**    Atty Name (if applicable): **N/A**

Street Address: **373 S.Marengo Ave,**    CA Bar No. (if applicable): _____

**Pasadena, Ca 91101**    Atty Fax No. (if applicable): _____

Filer's Telephone No.: **626-529-3550**

In re:

**Basia Maria White**

Case No.: **LA09-19530BR**

Chapter 7 **X**   11 _____   13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes **✓**    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A **✓**   B **✓**   C **✓**   D **✓**   E **✓**   F **✓**   G ___   H **✓**   I **✓**   J ___

Statement of Social Security Number(s) _____    Statement of Financial Affairs **✓**

Statement of Intention _____    Other **✓**

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Basia M.White**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **05-02-09**

_Basia White_
_Debtor Signature_

**N/A**
_Co-Debtor Signature_

**SEE REVERSE SIDE**

**FOR COURT USE ONLY**

FILED
MAY 04 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re *BASIA MARIA WHITE*

Case No.
Chapter   7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $    1,110,000.00 | | |
| B-Personal Property | Yes | 3 | $       22,768.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $    1,475,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $       37,624.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $            0.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $            0.00 |
| TOTAL | | 16 | $    1,132,768.00 | $    1,512,624.00 | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re **BASIA MARIA WHITE**

Case No.

Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

## This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 2,950.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 1,475,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 37,624.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,512,624.00 |

In re _BASIA MARIA WHITE_ _____ / Debtor    Case No._____
                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _SINGLE FAMILY RESIDENCE AT 373 S.MARENGO AVE,PASADENA,CA 91101_ | _Fee Simple_ | W | $ 590,000.00 | $ 850,000.00 |
| _SINGLE FAMILY RESIDENCE AT 261 N.OAK ST, PASADENA,CA 91107_ | _Fee Simple_ | | $ 520,000.00 | $ 625,000.00 |
| | | **TOTAL $** | 1,110,000.00 | |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

In re **BASIA MARIA WHITE** _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *LEGAL TENDER* <br> *Location: In debtor's possession* | | $ 1,450.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *CHECKS TO BE DEPOSITED* <br> *Location: In debtor's possession* | W | $ 546.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *BED SET,TV,VIDEO,CAMERA,ETC* <br> *Location: In debtor's possession* | W | $ 1,010.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *1999 YR PUBLISHED WORLD BOOKS* <br> *Location: In debtor's possession* | W | $ 278.00 |
| 6. Wearing apparel. | | *CLOTHING* <br> *Location: In debtor's possession* | W | $ 910.00 |
| 7. Furs and jewelry. | | *JEWERLY* <br> *Location: In debtor's possession* | | $ 510.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |

In re **BASIA MARIA WHITE** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | ALIMONY Location: In debtor's possession | W | $ 564.00 |
| | | '06 VOLVO,V70,AUTOMOBILE Location: In debtor's possession | | $ 17,500.00 |
| 26. Boats, motors, and accessories. | X | | | |

In re **BASIA MARIA WHITE** _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 22,768.00 |

(Report total also on Summary of Schedules.) Include amounts from any continuation sheets attached.

FORM B6C (4/07) Thomson West, Rochester, NY

In re **BASIA MARIA WHITE** _____ / Debtor    Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2):

☒ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *SINGLE FAMILY RESIDENCE* | *Calif. C.C.P. §704.730(a)(1)* | $ 0.00 | $ 345,000.00 |
| *SINGLE FAMILY RESIDENCE* | *Calif. C.C.P. §704.730(a)(1)* | $ 0.00 | $ 365,000.00 |
| *CASH* | *Calif. C.C.P. §§704.150* | $ 1,450.00 | $ 1,450.00 |
| *CHECKS* | *Calif. C.C.P. §704.080(b)(3)* | $ 546.00 | $ 546.00 |
| *TV, VIDEO, CAMERA, ETC* | *Calif. C.C.P. §704.020(a)* | $ 1,010.00 | $ 1,010.00 |
| *WORLD BOOKS* | *Calif. C.C.P. §§704.150* | $ 278.00 | $ 278.00 |
| *CLOTHING* | *Calif. C.C.P. §704.020(a)* | $ 910.00 | $ 910.00 |
| *JEWERLY* | *Calif. C.C.P. §704.020(a)* | $ 510.00 | $ 510.00 |
| *ALIMONY* | *Calif. C.C.P. §704.060(d)* | $ 564.00 | $ 564.00 |
| *AUTOMOBILE* | *Calif. C.C.P. §704.060(d)* | $ 0.00 | $ 17,500.00 |

In re *BASIA MARIA WHITE* _____,   Case No._____

**Debtor(s)**                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. § 112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *2118*  Creditor # : *1*  *CITI FINANCIAL*  *7255 BABCOCK ST*  *Melbourne FL 32901*  CityFinacial | W | 05/06 1ST TRUST DEED single Residena  2- Second Trut Deed  Value: $ 0.00 | X | | | $ 625,000.00  21,000.00 | $ 625,000.00  25,00,00 |
| Account No: *2118*  Creditor # : *2*  *COUNTRYWIDE HOME LOAN*  *450 AMERICAN ST*  *Simi Valley CA 93065* | W | 03/06 1ST TRUST DEED single Residence  Value: $ 0.00 | X | | | $ 850,000.00 | $ 850,000.00 |
| Account No: *2114*  Creditor # : *3*  *VOLVO FINANCING*  *P.O.BOX 8669*  *Elmhurst IL 60126* | | 06/07 Volvo Automobile  Value: $ 0.00 | X | | | $ 0.00  1,496,000 | $ 0.00  1,496 00 |

No continuation sheets attached

|   | Subtotal $ (Total of this page) | $ 1,475,000.00 | $ 1,475,000.00 |
|---|---|---|---|
|   | Total $ (Use only on last page) | $ 1,475,000.00 | $ 1,475,000.00 |
|   |   | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

1,496 00      96 00

In re **BASIA MARIA WHITE**                        ,             Case No._____

Debtor(s)                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If a "minor child" is stated, also include the name, address and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

mounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<strong>No continuation sheets attached</strong>

In re **BASIA MARIA WHITE**                                         ,      Case No._____

_____Debtor(s)_____                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Cotingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **4763**<br>**Creditor # : 1**<br>**AT&T**<br>**P.O.BOX 12699**<br>**Glendale AZ 85318** | X | | **09/07**<br>**telephone BILL** | | | | **$ 0.00** |
| Account No:   **7316**<br>**Creditor # : 2**<br>**AT&T**<br>**P.O.BOX 474690**<br>**Charlotte NC 28247** | | W | **07/08**<br>**CELL PHONE** | X | | | **$ 387.00** |
| Account No:   **5808**<br>**Creditor # : 3**<br>**AT&T,CA**<br>**P.O.BOX 5013**<br>**Hayward CA 94540** | | W | **08/07**<br>**CELL PHONE** | | | | **$ 195.00** |
| Account No:   **8674**<br>**Creditor # : 4**<br>**BANNA REPUBLIC**<br>**P.O.BOX 530949**<br>**  30352** | | | **09/08**<br>**ATTORNEY FEE** | | | | **$ 198.00** |

_4 continuation sheets attached_

|  |  |
|---|---|
| Subtotal $ | **$ 780.00** |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _BASIA MARIA WHITE_ ,     Case No._____
                    **Debtor(s)**                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   6873 *Creditor # : 11* CREDITORS SPECIALTY P.O.BOX 764 Acton CA 93510 | | 03/07 ~~LOAN~~ Att. Fees | | | | $ 5,158.00 |
| Account No:   9601 *Creditor # : 12* DIRECT TV P.O.BOX 1991 Southgate MI 48195 | | 01/08 CABLE TV | | | | $ 402.00 |
| Account No:   5664 *Creditor # : 13* HEALTHCARE PARTNER P.O.BOX 6900 Torrance CA 90504 | W | 04/08 SERVICE | | | | $ 105.00 |
| Account No:   2708 *Creditor # : 14* HICKS PLUMBING 711 E.WALNUT ST,#106 Pasadena CA 91101 | W | 09/08 SERVICE | X | | | $ 85.00 |
| Account No:   7831 *Creditor # : 15* LA COUNTY TAXES P.O.BOX 513191 Los Angeles CA 90051 | W | 04/07 TAXES | | | | $ 199.00 |
| Account No:   8577 *Creditor # : 16* LOS ANGELES COUNTY DISTRICT AT P.O.BOX 86407 Los Angeles CA 90086 | | 04/07 CONSUMER DEBT | | | | $ 194.00 |

Sheet No.  **2**  of  **4**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,143.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re **BASIA MARIA WHITE** ,                                    Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 92-1 Creditor # : 17 MACY'S 3039 CORNWALLS RD Durham NC 27709 | W | 02/05 CLOTHING PURCHASE | X | | | $ 895.00 |
| Account No: 92-1 Creditor # : 18 MACY'S P.O.BOX 4562 Carol Stream IL 60197 | W | 03/08 CLOTHING PURCHASE | X | | | $ 875.00 |
| Account No: 9854 Creditor # : 19 NORTHROM P.O.BOX 79134 Phoenix AZ 85062 | W | 04/07 CLOTHING PURCHASE | | | | $ 890.00 |
| Account No: 0-04 Creditor # : 20 POLAM FCU 589 N.LARCHMONT BL Los Angeles CA 90004 | | 02/08 PERSONAL SERVICE | | | | $ 2,150.00 |
| Account No: Creditor # : 21 ROBERT WAGNER 271 N.OAK AVE Pasadena CA 91107 | W | 06/07 PeRSONAL LOAN | | | | $ 1,000.00 |
| Account No: 7383 Creditor # : 22 TARGET NAT,BANK P.O.BOX 59317 Minneapolis MN 55459 | W | 09/07 Credit Card Purchases | | | | $ 1,287.00 |

Sheet No. **3** of **4** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 7,097.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _BASIA MARIA WHITE_ _____,    Case No._____

 _____
              **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  96-6<br>Creditor # : 5<br>BENEFICIAL<br>222 WEST BROADWAY<br>Glendale CA 91204 | W | 05/07<br>CreditLINE | | | | $ 12,254.00 |
| Account No:  4783<br>Creditor # : 6<br>CITY OF L.A.<br>P.O.BOX 30087<br>Los Angeles CA 90030 | W | 04/06<br>CONSUMER DEBT | | | | $ 125.00 |
| Account No:  9844<br>Creditor # : 7<br>CITY OF PASADENA<br>P.O.BOX 3084<br>Visalia CA 93278 | W | 01/07<br>CONSUMER DEBT | | | | $ 436.00 |
| Account No:  7266<br>Creditor # : 8<br>CITY OF PASADENA<br>P.O.BOX VISALIA<br>Visalia CA 93291 | W | 04/08<br>CONSUMER DEBT | | | | $ 1,209.00 |
| Account No:  3809<br>Creditor # : 9<br>CITY OF PASADENA<br>P.O.BOX 7115<br>Glendale CA 91206 | W | 06/08<br>CONSUMER DEBT | | | | $ 417.00 |
| Account No:  7257<br>Creditor # : 10<br>CITY OFPASADENA<br>P.O.BOX 3084<br>Visalia CA 93278 | | 09/08<br>CONSUMER DEBT | | | | $ 347.00 |

Sheet No. _1_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 14,788.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re **BASIA MARIA WHITE** _____,  Case No._____

_____ **Debtor(s)** _____  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  B890 Creditor # : 23 TERMINEX 727 ARROW GRAND CL City of Industry CA 91716 | W | 12/08 PeST SERVICE | | | | $ 55.00 |
| Account No:  6741 Creditor # : 24 T-MOBIL P.O.BOX 9001 Minnetonka MN 55345 | W | 01/08 RentAL FEE | | | | $ 412.00 |
| Account No:  8268 Creditor # : 25 T-MOBILE 600 BEACON PARKWAY W.#300 Birmingham AL 35209 | W | 03/08 CELL PHONE | | | | $ 875.00 |
| Account No:  0578 Creditor # : 26 VERIZON WIRELESS P.O.BOX 60578 Los Angeles CA 90060 | | 08/07 telephone | | | | $ 287.00 |
| Account No:  2326 Creditor # : 27 WELLS FARGO BANK P.O.BOX 98791 Las Vegas NV 89193 | W | 05/07 Credit Card Purchases Auto Fmancig '07 volvo Auto | X | | | $ 2,975.00 |
| Account No:  2559 Creditor # : 28 WELLS FARGO BANK P.O.BOX 98791 Las Vegas NV 89193 ~~GMY FINANCIAL~~ | W | 08/07 Credit Card Purchases | X | | | $ 4,212.00 |

21,062

Sheet No.  **4** of  **4** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  |  $ 8,816.00

**Total $**  |  $ 37,624.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

FORM B6H (10/05) West Group, Rochester, NY

In re **BASIA MARIA WHITE** _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ROBERT WAGNER<br>271 N.OAK AVE<br>Pasadena CA   91101 | AT&T<br>P.O.BOX 12699<br>Glendale AZ   85318 |

In re *BASIA MARIA WHITE*
Debtor

Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: MAy 2 09          Signature _Basia White_
*BASIA MARIA WHITE*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:*BASIA MARIA WHITE*

Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| Year to date: $8,900.00 | *ALIMONY* |
| Last Year: $36,500.00 | *ALIMONY AND FREELANCE* |
| Year before: $40,125.00 | *SAME* |

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *MAMOTH LAKE* ~~CITY FINANCIAL~~ V.*BASIA* WHITE,CASE#~~09500027~~ *ML 2888 William Fisher* | *MONEY* ~~STUDENT LOAN~~ | *PASADENA COURT OF L.A. SUPERIOR SAME AS ABOVE* | *JUDGMENT* 4,530 *JUDGMENT* |
| V.WHITE CASE#08C00385 *CASE 09 500027* | CIVIL LAWSUIT *MONEY* | *SAME AS ABOVE COURT* | *JUDGMENT* JUDGMEN 1,260 |
| V. WHITE CASE #08S00994 *CASE# 09500027* | *MONEY* | *PASADENA DISTRITUNS JUDGME* *PASADENA DISTRICT OF L.A.SUPERIOR COURT* | *JUDGMENT FOR* $280.00 |
| V.WHITE CASE#08S 00994 MERCURY CASULTY CO.,V. WHITE,CASE#06C0117 | *TRAFFIC ACCIDENT* | *SAME AS ABOVE COURT* | *JUDGMENT FOR* 20,000.00 |
| *CASE #8500687* V. WHITE CASE#08S01616 | MONEY | *PASADENA DISTRICT OF L.A. SUPERIOR COURT* | JUDGMENT 280 *JUDGMENT FOR* 85.00 JUDGMENT 20,280 |
| *CASE 06 C0117* CITY OF SAN DIMAS V.WHITE CASE#SD029842 | MONEY | *SAN DIMAS COURT DISTRICT* | *JUDGMENT FOR* $55.00 |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6. Assignments and receiverships**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

☒ NONE

**10. Other transfers**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

☒ NONE

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature _____
                           of Debtor

Date _____     Signature _____
                           of Joint Debtor
                           (if any)

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name *BASIA MARIA WHITE*

Address *373 S.MARENGO AVE, Pasadena, CA 91101*

Telephone *626-529-3550*

[ ]  Attorney for Debtor(s)
[X]  Debtor In Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re  BASIA MARIA WHITE* | Case No.<br><br>Chapter  7 |
|---|---|

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of *32* sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:_____

Debtor: *BASIA MARIA WHITE*

Attorney: *In Pro Per*

Joint Debtor:

## *Exhibit 1*

Beneficial Member HSBC Grcoup

PO BOX 60101

CITY OF INDU CA 91716-01101

WELLS FARGO FINANCIAL BAANK

P.O. BOX 98791

LAS VEGAS , NV. 89193-87911

# 2529

WELLS FARGO FINANCIAL BAANK

P.O. BOX 89791

LAS VEGAS, NV 89193-8791

MERCURY CASUALTY COMPANY

CASE # .: 06C01117

**GERTZ & LAURIE**

18321 VENTURA BOULEVARDD Ste. 860

Tarzana , California 91956

Attorneys for Plaintiff /file # 551713 LM

*Exhibit 22*

GRETZ & LAAURIE

18321 VENTURA BXOULEVARD

TARZANA , CALIFOIRNIA 91356

JUDGMENT PASADIENA/CASE # 06C01117

DOLORES VASQUES

1048 EMERSION STREET

PASADENA\,CA. 91106

JUDGMENTT /PASEDENA

CASE #08SS00678

KINZIE , DAWID

2222 E. HUINTINGTON DRIVE APT F 25

DUARTE ,CIA. 91010

JUDGMENTT/PASADENA

CASE NO. FPAS.08S00994

## Exhibit 3

AT& T-CALIFORNIAA

PO BOX 4990

Riverside, Californiia 92514


T-MOBILE USA

7575 CORPORATTE WAY

EDEN PRARIE ,MMN 55344


CREDITORS SPIECIALTY

SERVICE , INC.

PO BOX 764 . AICTON, CA 93510

RE.:*LAW AFFICEE OF ROB WERNER*

ACCOUNT # 1006873


MARLOTTE , LAAUREN

5127 IRVINGTCONT ERRACE

LOS ANGELES , ,CA 90042

JUDGMENT/CIASE NO. PAS. 09S00027

**Exhibitt 4**

POLAM  FFCU

589 N LARRCHMONT BLVD

LOS ANGEELES CA  9004


DIRECT TV'

PO BOX  19991

SOUTHGATTE , MI 48195


DIRECT TVV

PO BOX 788626

PHOENIX, AZ 85062


WILLIAM FIISHER

PO BOX 1000 PMB 346

MAMOTH LLAKES ,CA 93546

JUDGMENTT /ML 2568

MAMOTH LLAKES CA 93546


TARGET NATTIONAL BANK

PO BOX  593317

MINNEAPOOLIS , MN 55459-0317

## Exhibit 5

BANANA REPUBLIUC

PO BOX 530942

ATLANTA, GA 30353-09942


MACY'S

PO BOX 6938

THE LAKES NV 88901-46938


NORDSTROM BANK

PO BOX 79134

PXOENIX AZ 85062-91334


TERMINEX

727 ARROW GRANDE CCDIRCLE

COVINA  91722


HICKS PLUMING TECH //REVENUE RECOVERY SYSTEMS

711 EAST WALNNUT SRlEET STE# 106

PASADENA , CALIFORNIIA 91101

## Exhibit 6

VERIZON WIRELESS

PO BOX 60578

LOS ANGELES CA 900600-0578

CITY OF SAN DIMAS

PO BOX 25120

SANTA ANITA CA 92799-15120

HEALTHCARE PARTNERS MEDICAL GROUP

P.O BOX 6900

TORRANCE ,CA 90504

FEDEX

PO BOX 965

BROKFIELDS WI 53008-09655

CITY OF LOS ANGELES

PO BOX 30030-0087

FINANCIAL CREDIT NETWORRK, INC

PO BOX 3084, VISALIA . 1301 W MAIN ST.

VISALIA, CA 93291

## Exhibit 7

FINANCIAL CREDIT NETWORK , INC

PO Box 3084 , VISALIA , CA 93275

1300 W MAIN ST.,VISALIA (CA 93291


CITY OF PASADENA

100 N. GARFIELD AVE. ROOM N 106

PO BOX 7115

PASADENA , CA 9119-7215


ANIMINATE TRMINATE AND PEST CONTROL

PO BOX 901

AZUZA , CA. 91702


AT& T-CALIFORNIA

CBA

PO BOX 5013

HAYWARD , CA 934540


QUEST DIAGNOSTICS

PO BOX 78406

PHONEIX AZ 85062-8406

## Exhibit 8

COUNTY OF LOS ANGELES DIVISION

PO BOX  513191

LOS ANGELES , CA 90051-11911

PASADENA SUPERIOR COURT

300 E. WALNUT  ST.9110

-+

+-+-