| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>BASIA MARIA WHITE<br><br>Debtor (s).<br>☐ Presumption of Undue Hardship<br>☐ No Presumption of Undue Hardship<br>(Check box as directed in Part D: Debtor's Statement in Support of Reaffirmation Agreement.) | |
| Creditor's Name and Address:<br>Wells Fargo Financial California_Inc.<br>13675 Technology Drive, Bldg. C, 2nd Floor<br>Eden Prairie, MN 55344-2252<br><br>☐ *[Check this box if]* Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the Federal Reserve Act | Chapter: 07<br>CASE NO.: 09-19530<br><br>**REAFFIRMATION AGREEMENT** |

## REAFFIRMATION AGREEMENT

*[Indicate all documents included in this filing by checking each applicable box.]*

☒ Part A: Disclosures, Instructions, and Notice to Debtor (Pages 1 - 5).
☒ Part B: Reaffirmation Agreement.
☐ Part C: Certification by Debtor's Attorney.

☒ Part D: Debtor's Statement in Support of Reaffirmation Agreement.
☒ Part E: Motion for Court Approval.

*[Note: Complete Part E only if debtor was not represented by an attorney during the course of negotiating this agreement. **Note also:** If you complete Part E, you must prepare and file Form 240B - Order on Reaffirmation Agreement.]*

## PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR

### 1. DISCLOSURE STATEMENT

*Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:*

**SUMMARY OF REAFFIRMATION AGREEMENT**
   This Summary is made pursuant to the requirements of the Bankruptcy Code.

**AMOUNT REAFFIRMED**
   The amount of debt you have agreed to reaffirm:            $15,390.00

*The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that have accrued as of the date of this disclosure. Your credit agreement may obligate you to pay additional amounts which may come due after the date of this disclosure. Consult your credit agreement.*

| In re | CASE NO: 09-19530 |
| BASIA MARIA WHITE | |
| Debtor(s). | |

## ANNUAL PERCENTAGE RATE

*[The annual percentage rate can be disclosed in different ways, depending on the type of debt.]*

~~a. If the debt is an extension of "credit" under an "open end credit plan," as those terms are defined in § 103 of the Truth in Lending Act, such as a credit card, the creditor may disclose the annual percentage rate shown in (i) below or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.~~

~~(i) The Annual Percentage Rate disclosed, or that would have been disclosed, to the debtor in the most recent periodic statement prior to entering into the reaffirmation agreement described in Part B below or, if no such periodic statement was given to the debtor during the prior six months, the annual percentage rate as it would have been so disclosed at the time of the disclosure statement: _____%.~~

~~— And/Or —~~

~~(ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: _____%. If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:~~



~~$_____ @ _____%;~~
~~$_____ @ _____%;~~
~~$_____ @ _____%.~~

b. If the debt is an extension of credit other than under than an open end credit plan, the creditor may disclose the annual percentage rate shown in (i) below, or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

(i) The Annual Percentage Rate under §128(a)(4) of the Truth in Lending Act, as disclosed to the debtor in the most recent disclosure statement given to the debtor prior to entering into the reaffirmation agreement with respect to the debt or, if no such disclosure statement was given to the debtor, the annual percentage rate as it would have been so disclosed: <u>15.49%</u>.

— *And/Or* —

(ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: <u>8.00%</u>. ~~If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:~~



~~$_____ @ _____%;~~
~~$_____ @ _____%;~~
~~$_____ @ _____%.~~

c. If the underlying debt transaction was disclosed as a variable rate transaction on the most recent disclosure given under the Truth in Lending Act:

| In re                | CASE NO: 09-19530 |
|----------------------|-------------------|
| BASIA MARIA WHITE    |                   |
| Debtor(s).           |                   |

~~The interest rate on your loan may be a variable interest rate which changes from time to time, so that the annual percentage rate disclosed here may be higher or lower.~~

d. If the reaffirmed debt is secured by a security interest or lien, which has not been waived or determined to be void by a final order of the court, the following items or types of items of the debtor's goods or property remain subject to such security interest or lien in connection with the debt or debts being reaffirmed in the reaffirmation agreement described in Part B.

Item or Type of Item                              Original Purchase Price or Original Amount of Loan

06 VOLVO V70                                       $41,445.08
VIN: YV1SW640062530352

*Optional---At the election of the creditor, a repayment schedule using one or a combination of the following maybe provided:*

**Repayment Schedule:**

~~Your first payment in the amount of $_____ is due on _____(date), but the future payment amount may be different. Consult your reaffirmation agreement or credit agreement, as applicable.~~
—Or—
~~Your payment schedule will be: _____(number) payments in the amount of $_____ each, payable (monthly, annually, weekly, etc.) on the _____ (day) of each _____ ( week, month, etc.), unless altered later by mutual agreement in writing.~~
—Or—
A reasonably specific description of the debtor's repayment obligations to the extent known by the creditor or creditor's representative.

Your payment schedule will be: 49 payments in monthly installments of $370.00 commencing on 07/07/2009 and continuing on the same day of each succeeding month.

2. INSTRUCTIONS AND NOTICE TO DEBTOR

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps are not completed, the reaffirmation agreement is not effective, even though you have signed it.

    1. Read the disclosures in this Part A carefully. Consider the decision to reaffirm carefully. Then, if you want to reaffirm, sign the reaffirmation agreement in Part B (or you may use a separate agreement you and your creditor agree on).

    2. Complete and sign Part D and be sure you can afford to make the payments you are agreeing to make and have received a copy of the disclosure statement and a completed and signed reaffirmation agreement.

    3. If you were represented by an attorney during the negotiation of your reaffirmation agreement, the attorney must have signed the certification in Part C.

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.
*Revised January 2007*

| In re<br>BASIA MARIA WHITE<br>Debtor(s). | CASE NO: 09-19530 |
|---|---|

    4. If you were not represented by an attorney during the negotiation of your reaffirmation agreement, you must have completed and signed Part E.

    5. The original of this disclosure must be filed with the court by you or your creditor. If a separate reaffirmation agreement (other than the one in Part B) has been signed, it must be attached.

    6. <u>If the creditor is not a Credit Union</u> and you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship as explained in Part D. <u>If the creditor is a Credit Union</u> and you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court.

    7. If you were not represented by an attorney during the negotiation of your reaffirmation agreement, it will not be effective unless the court approves it. The court will notify you and the creditor of the hearing on your reaffirmation agreement. You must attend this hearing in bankruptcy court where the judge will review your reaffirmation agreement. The bankruptcy court must approve your reaffirmation agreement as consistent with your best interests, except that no court approval is required if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home.

### YOUR RIGHT TO RESCIND (CANCEL) YOUR REAFFIRMATION AGREEMENT

    You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters a discharge order, or before the expiration of the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled).

**Frequently Asked Questions:**

    <u>What are your obligations if you reaffirm the debt?</u> A reaffirmed debt remains your personal legal obligation. It is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Otherwise, your obligations will be determined by the reaffirmation agreement which may have changed the terms of the original agreement. For example, if you are reaffirming an open end credit agreement, the creditor may be permitted by that agreement or applicable law to change the terms of that agreement in the future under certain conditions.

    <u>Are you required to enter into a reaffirmation agreement by any law?</u> No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments you agree to make.

    <u>What if your creditor has a security interest or lien?</u> Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage or security deed. Even if you do not reaffirm and your personal liability on the debt is discharged, because of the lien your creditor may still have the right to take the security property if you do not pay the debt or default on it. If the lien is on an item of personal property that is exempt under your State's law or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the security property, as agreed by the parties or determined by the court.

Reaffirmation Agreement - Page -

| In re | CASE NO: 09-19530 |
|---|---|
| BASIA MARIA WHITE<br>Debtor(s). | |

**NOTE:** When this disclosure refers to what a creditor "may" do, it does not use the word "may" to give the creditor specific permission. The word "may" is used to tell you what might occur if the law permits the creditor to take the action. If you have questions about your reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement reaffirming a debt. If you don't have an attorney helping you, the judge will explain the effect of your reaffirming a debt when the hearing on the reaffirmation agreement is held.

## PART B: REAFFIRMATION AGREEMENT.

I (we) agree to reaffirm the debts arising under the credit agreement described below.

1. Brief description of credit agreement:
Contract Type: Installment Contract; Contract Date: 03/23/2007;
Original Credit Term: 72
Original APR: 15.49%
Original Monthly Payment: $893.00
Original Amount Financed: $41,445.08

2. Description of any changes to the credit agreement made as part of this reaffirmation agreement:

**This reaffirmation reduces: the balance from $34,844.75 to $15,390.00, the interest rate from 15.49% to 8.00%, and the monthly payment from $893.00 to $370.00 effective 05/19/2009.**

**SIGNATURE(S):**

Borrower:

BASIA WHITE
(Print Name)

Bosia Wh
(Signature)

Date: June 26, 09

Co-borrower, if also reaffirming these debts:

_____
(Print Name)

_____
(Signature)

Date: _____

Accepted by Creditor:

Wells Fargo
(Printed Name of Creditor)

13675 Technology Drive, Bldg. C, 2nd Floor
Eden Prairie, MN 55344-2252
(Address of Creditor)

_David Stahnke_
(Signature)

DAVID STAHNKE, Collection Specialist
(Printed Name and Title of Individual Signing for Creditor)

Date of Creditor acceptance: 6-29-09

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.
*Revised January 2007*

| In re | CASE NO: 09-19530 |
|---|---|
| BASIA MARIA WHITE | |
| Debtor(s). | |

## PART D: DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

*[Read and complete sections 1 and 2, OR, if the creditor is a Credit Union and the debtor is represented by an attorney, read section 3. Sign the appropriate signature line(s) and date your signature. If you complete sections 1 and 2 **and** your income less monthly expenses does not leave enough to make the payments under this reaffirmation agreement, check the box at the top of page 1 indicating "Presumption of Undue Hardship." Otherwise, check the box at the top of page 1 indicating "No Presumption of Undue Hardship"]*

1. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or me. I can afford to make the payments on the reaffirmed debt because my monthly income (take home pay plus any other income received) is $ 4,500, and my actual current monthly expenses including monthly payments on post-bankruptcy debt and other reaffirmation agreements total $ 370, leaving $ 4,130 to make the required payments on this reaffirmed debt.

I understand that if my income less my monthly expenses does not leave enough to make the payments, this reaffirmation agreement is presumed to be an undue hardship on me and must be reviewed by the court. However, this presumption may be overcome if I explain to the satisfaction of the court how I can afford to make the payments here:

_____
_____
_____
_____

**(Use an additional page if needed for a full explanation.)**

2. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed: *Basia White*
(Debtor)

_____
(Joint Debtor, if any)

Date: *June 26 09*

— Or —

~~[If the creditor is a Credit Union and the debtor is represented by an attorney]~~

~~3. I believe this reaffirmation agreement is in my financial interest. I can afford to make the payments on the reaffirmed debt. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.~~

Signed: _____
(Debtor)

_____
(Joint Debtor, if any)

Date: _____

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.
*Revised January 2007*

| In re<br>BASIA MARIA WHITE<br>Debtor(s). | CASE NO: 09-19530 |
|---|---|

## PART E: MOTION FOR COURT APPROVAL
*(To be completed only if the debtor is not represented by an attorney in negotiating the reaffirmation agreement.)*

### MOTION FOR COURT APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of this reaffirmation agreement, and because (provide any additional relevant reasons the court should consider):

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income)

Signed: *Basia White*
(Debtor)

_____
(Joint Debtor, if any)

Date: Jun 13, 09

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.
*Revised January 2007*

# NOTE AND SECURITY AGREEMENT

**IDENTIFICATION OF PARTIES.** In this Note and Security Agreement ("**Agreement**" or "**Loan Agreement**"), the words "**you**" and "**your**" mean each Borrower who signs this Agreement; the words "**we**," "**us**," and "**our**" mean the Lender and its successors and assigns; and the word "**Owner**" means someone other than a Borrower who has an ownership interest in the Collateral (defined on page 2) and signs the Third Party Collateral Agreement on page 2.

**ADDITIONAL TERMS.** The Additional Terms that follow this page are a part of this Agreement and they bind you in the same manner as if they were printed in the first part of this Agreement.

YOUR ACCOUNT IS PAYABLE TO THE LENDER SHOWN BELOW:

Wells Fargo Financial California, Inc.
9353 VALLEY BLVD.
RIO HONDO PLAZA STE
ROSEMEAD          CA       917701934

**ORIGINAL**

Date of Loan   03/23/2007                Account Number ███████

| Borrower (Name and Address) | Borrower (Name and Address) | Borrower (Name and Address) | Borrower (Name and Address) |
|---|---|---|---|
| BASIA WHITE 373 S MARENGO AVE PASADENA  CA  91101 | ROBERT WAGONER 373 S MARENGO AVE PASADENA  CA  91101 | | |

## FEDERAL TRUTH IN LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE: the cost of your credit as a yearly rate. | FINANCE CHARGE: the dollar amount the credit will cost you. | Amount Financed: the amount of credit provided to you or on your behalf. | Total of Payments: the amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 15.49% | $ 22850.92 | $ 41445.08 | $ 64296.00 |

Your Payment Schedule Will Be As Follows:

| Number of Payments | Amount of Payments | Payments are Due Monthly beginning: 05/07/2007 and on the same day each month thereafter. | Final Payment Due: 04/07/2013 |
|---|---|---|---|
| 72 | $ 893.00 | | |

**Late Charge:** If any part of a payment is more than 10 days late, you will be charged a late charge equal to 5% of the full payment.

**Prepayment:** If you pay off this loan early, you will: (a) not have to pay a prepayment penalty, and (b) not be entitled to a refund of part of the prepaid finance charge.

**Security:** You are giving us a security interest in the motor vehicle described on Page 2 of this Agreement.

☐ Other Property: _____

**Additional Information:** You can see the rest of this Agreement for more information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

| ITEMIZATION OF AMOUNT FINANCED | | Other Transaction Information: | |
|---|---|---|---|
| $ 0.00 | Prepaid Finance Charge | $ 41445.08 | Principal Amount of the Loan (the Amount Financed plus any Prepaid Finance Charge) |
| $ 41445.08 | Amount Financed (Sum of amounts shown below) | 15.49 % | Agreed Rate of Charge Per Year |
| $ 33279.60 | Amount Paid on Your Accounts | $ 0.00 | Prepaid Finance Charge (also called an Origination Fee) |
| $ 0.00 | NA | | |
| $ 0.00 | NA | Closed By: | |
| $ 4991.48 | Amount Paid to You Directly | | |

AMOUNTS PAID TO OTHERS ON YOUR BEHALF

$ 3174.00  To Public Officials for Sales Tax

**NOTICE TO CONSUMER: THIS IS A CONSUMER CREDIT TRANSACTION**

**You understand that:**
- **You should not sign this Agreement before you read the writing on all pages, even if otherwise advised.**
- **You should not sign this if it contains any blank spaces.**
- **You are entitled to an exact copy of this and any other agreement that you sign.**
- **This Agreement is the entire agreement between you and us relating to this account. Any change to this Agreement must be in writing and signed by both you and us.**

☐ When this box is checked, itemization is continued on attached addendum.
*We may be retaining a portion of this amount.

**REVIEW OF COLLATERAL DESCRIPTION: By signing below you agree that you have reviewed the description of the property in which you are giving a security interest.**

**NOTICE REGARDING THE TRANSLATION INTO SPANISH:** The English document is the legal document and reflects the parties' rights and obligations. The translation into Spanish of the document is provided for the convenience of the Borrower.

**SIGNATURES.** If you agree to be bound by the terms of this Agreement, please sign your name below. All persons signing this Agreement will be fully responsible for payment in full. By signing below, you are authorizing disbursement of the loan proceeds as shown above in the "Itemization of Amount Financed" box. You acknowledge receiving a completely filled-in Agreement.

**YOU ACKNOWLEDGE THE EXISTENCE OF A SEPARATE ARBITRATION AGREEMENT SIGNED CONCURRENTLY WITH THIS AGREEMENT, AND YOU SPECIFICALLY AGREE TO BE BOUND BY ITS TERMS.**

| [signature] | SIGN HERE | | SIGN HERE |
|---|---|---|---|
| [signature] | SIGN HERE | | SIGN HERE |

Page 1 of 4                                                                                                         CA-3841/3841S-0906

# ADDITIONAL TERMS

**YOUR PROMISE TO PAY AND THE TERMS OF REPAYMENT.** To repay your ●, you promise to pay us the Principal Amount of Loan together with interest at the Agreed Rate of Charge Per Year both as shown on page 1. You will pay this sum to us in United States currency at the payment address shown on your billing statement (or such other location specified by us from time to time) in installments each month according to the Payment Schedule shown on page 1. Payments received at a location other than the payment address on your billing statement may have a delay in processing. You may prepay your loan at any time prior to maturity without penalty. If you make a partial prepayment, there will not be any change in the amount of your monthly payment or delays in due dates of those payments unless we have agreed to such changes in writing. Any Prepaid Finance Charge (Origination Fee) is withheld from the proceeds of your loan, is fully earned on the date of your loan, and must be paid in full to satisfy this Agreement. You also promised to pay any insurance premiums added to your balance in accordance with the Insurance on Collateral Section on page 3 of this Agreement.

**INTEREST-BEARING LOAN.** This is an interest-bearing loan. Except as limited by law, the interest on your loan is calculated each day based upon the principal balance of the loan outstanding from time to time, using the Agreed Rate of Charge Per Year shown on page 1, until paid in full. Interest accrues on the basis of actual days elapsed and a 365/366-day year. Payments will be applied first to any outstanding fees, then to accrued interest, and then to the principal balance. Accruing interest every day will affect the total amount of interest you pay under this Agreement and the corresponding Finance Charge – your Finance Charge will be less if you pay early and more if you pay late. Any necessary adjustments to the Total of Payments will be reflected in your final payment. The Agreed Rate of Charge Per Year continues after a default until your loan is paid in full.

**RIGHT TO PREPAY LOAN.** You can prepay your loan at any time. Any Origination Fee is fully earned on the date of your loan and is not subject to refund.

**YOU GRANT US A SECURITY INTEREST.** You give us a security interest in your property described below. This property is called **"Collateral."** You also give us a security interest in any accessions to and proceeds of the Collateral. Accessions are goods installed in or attached to the Collateral. Proceeds are money or property due to you from the loss, destruction or sale of the Collateral. You also give us a security interest in all Proceeds or refunds related to any insurance or service contract we finance for you. The purpose of this security interest is to protect us if you don't repay your loan, including any refinance, extension, or renewal of your loan, or if you break any promise made in this Agreement.

## THE SECTION BELOW DESCRIBES THE COLLATERAL COVERED BY THIS AGREEMENT:

[X] Motor vehicle(s) described as follows:

| Year | Make | Model | Serial Number |
|---|---|---|---|
| 2006 | Volvo | V70 | YV1SW640062530352 |

[ ] Other property: _____

### THIRD PARTY COLLATERAL AGREEMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Owner hereby grants us a security interest in the Collateral to secure your performance under the Loan Agreement. Owner acknowledges that it has the same obligations and makes the same representations under the Loan Agreement as you with respect to the Collateral. For example, Owner has the duty to keep the Collateral insured, to provide us with evidence of insurance upon request, and to cause us to be named a loss payee on Owner's insurance policy. Also, Owner represents that Owner owns the Collateral or a part of it and that no one else, other than you, has any interest in or claim against the Collateral that has not been disclosed to us in writing. Owner assumes no personal responsibility for the payment of any amounts owed under the Loan Agreement. Owner agrees that we may, without releasing Owner from this Third Party Collateral Agreement and without notice or consent from Owner, extend additional credit to you or enter into an agreement with you to modify, extend, or waive the terms of the Loan Agreement.

| Owner Name and Address | | | Owner Name and Address | | |
|---|---|---|---|---|---|
| **N/A** | | | **N/A** | | |
| N/A | SIGN HERE | | N/A | SIGN HERE | |

**LATE CHARGE.** If any part of a payment is more than 10 days late, you will be charged a late charge equal to 5% of the full payment. No late charge will be assessed for a payment if a delinquency is caused only by previously incurred late charges that have not been paid and you have otherwise made a timely monthly payment of the principal, interest and all other charges currently due. Notwithstanding this, however, we may continue to report your account to credit reporting agencies as past due until such time as your payment of all amounts owed (including late charges, CPI [defined on page 3] premiums and other charges) is current.

**RETURNED CHECKS.** If a payment on this loan is made with a check, negotiable order of withdrawal, or share draft that is dishonored for any reason (except an error by us), you agree to pay us a $15 charge. We reserve the right to refuse to accept personal checks for payment on your account and to require payment by cashier's check, money order or other form of guaranteed funds.

**DEFAULT.** Subject to limitations under state or federal law, including but not limited to Finance Lender Law Regulation 1448 and Finance Code Section 22329, you are in Default on this Agreement (**"Default"**) if: 1) you don't make the full amount of a required payment when due; 2) you break any promise or condition in this Agreement or in any other security instrument that secures the payment of this Agreement; 3) you provide us with false, misleading or materially incomplete information in connection with your loan application or on any document provided to us; or 4) an Owner breaks a promise or condition of the Third Party Collateral Agreement.

**THE REMAINDER OF THE PAGE IS INTENTIONALLY LEFT BLANK.**

# NOTICE OF TRANSFER AND RELEASE OF LIABILITY
MAIL THIS FORM TO DMV

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

DMV MICROGRAPHICS USE ONLY

A. NEW OWNER'S LAST NAME (OR) COMPANY NAME    FIRST
B. NEW OWNER'S ADDRESS    APT NUMBER
C. ODOMETER READING (NO TENTHS)
D. CITY    STATE    ZIP CODE
E. DATE OF SALE OR LEASE RETURN    MO.  DAY  YR
F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME    FIRST
G. SELLING PRICE (NO CENTS) - WHOLE DOLLARS
H. SELLER'S OR LESSEE'S ADDRESS    APT NUMBER
I. SELLER'S OR LESSEE'S SIGNATURE  X
J. CITY    STATE    ZIP CODE

VEHICLE ID NUMBER: YV1SW640062530352
YR. MODEL MAKE: 2006 VOLV
PLATE NUMBER: 5RLC066

REG 138A (REV. 10/2004)

---

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

6807032937
AUTOMOBILE

VEHICLE ID NUMBER: YV1SW640062530352
YR MODEL: 2006   MAKE: VOLV   PLATE NUMBER: 5RLC066
BODY TYPE MODEL: SD   AX UNLADEN WEIGHT:    FUEL: G   TRANSFER DATE: 05/05/06   FEES PAID: $3166   REGISTRATION EXPIRATION DATE: 09/10/2007
YR 1ST SOLD: 2005   CLASS: JZ   YR:   MO: NR   EQUIPMT/TRUST NUMBER:    ISSUE DATE: 04/11/07
MOTORCYCLE ENGINE NUMBER:
ODOMETER DATE: 05/05/2006   ODOMETER READING: 544 MI
ACTUAL MILEAGE

REGISTERED OWNER(S):
WHITE BASIA MARIE
373 S MARENGO AVE
PASADENA CA 91101

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. ___ DATE   X ___ SIGNATURE OF REGISTERED OWNER
1b. ___ DATE   X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE ___   TRANSFEROR/SELLER SIGNATURE(S) X ___   DATE ___   TRANSFEREE/BUYER SIGNATURE(S) X ___
PRINTED NAME OF AGENT SIGNING FOR A COMPANY ___   PRINTED NAME OF AGENT SIGNING FOR A COMPANY ___

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S):
WFF CALIFORNIA INC
PO BOX 250
ESSINGTON
PA 19029

2. X ___
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date ___

026948
CA 102671729
REG. 17.30RS (REV.10/03)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW
KEEP IN A SAFE PLACE - VOID IF ALTERED